UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

WAGGONER EQUIPMENT
RENTALS, LLC,

    Plaintiff,

v.

RITCHIE BROS.
AUCTIONEERS, INC. et al,

    Defendant.                              No. 15-cv-737-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Orders entered by this Court on December 11, 2015(Doc. 60) and on February 8, 2016 (Doc. 62), this case is **DISMISSED** with prejudice.

                                            JUSTINE FLANAGAN,
                                            ACTING CLERK OF COURT

                                            BY:     /s/*Caitlin Fischer*
                                                        **Deputy Clerk**

Dated:   March 15, 2016

Digitally signed by Judge David R. Herndon
Date: 2016.03.15 13:04:06 -05'00'

APPROVED:
        U. S. DISTRICT JUDGE